AO 458 (Rev. 06/09) Appearance of Counsel

## UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Birmingham Retirement and Relief System<br>*Plaintiff*<br>v.<br>S.A.C. Capital Advisors, LLC, et al<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No.   13 CV 2459 |

### APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Birmingham Retirement and Relief System.

Date:   04/22/2013

/s/ Donald A. Broggi
*Attorney's signature*

Donald A. Broggi (DB-9661)
*Printed name and bar number*

SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
405 Lexington Ave., 40th Floor,
New York, NY 10174
*Address*

dbroggi@scott-scott.com
*E-mail address*

(212) 223-6444
*Telephone number*

(212) 223-6334
*FAX number*