

MAX SCHWARTZ

Writer's Direct Dial Number
(646) 571-0613

Writer's Direct Email Address
mschwartz@scott-scott.com

January 5, 2016

<u>**VIA ECF**</u>

The Honorable Victor Marrero
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Suite 660
New York, NY 10007-1312

    Re:    *Birmingham Ret. and Relief Sys. v. S.A.C. Capital Advisors, L.P*,
            No. 13 Civ. 2459 (VM) (KNF)

Dear Judge Marrero:

    We are counsel for Lead Plaintiff Birmingham Retirement and Relief System, in the action referenced above, and write on behalf of all parties regarding the hearing for Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement, Certification of a Settlement Class, and Approval of Notice ("Preliminary Approval Hearing") (*See* ECF No. 41). Pursuant to a conference with your clerk yesterday, the parties respectfully request that the Court schedule the Preliminary Approval Hearing for January 29, 2016 at 11:00 AM.

                              Respectfully submitted,
                              SCOTT+SCOTT, ATTORNEYS AT LAW, LLP

                              Max Schwartz

Cc:    All Attorneys of Record

NEW YORK     SCOTT+SCOTT, ATTORNEYS AT LAW, LLP     212-223-6444 VOICE
CONNECTICUT     THE CHRYSLER BUILDING     212 223-6334 FAX
CALIFORNIA     405 LEXINGTON AVENUE, 40th FLOOR     SCOTTLAW@SCOTT-SCOTT.COM
OHIO     NEW YORK, NY 10174-4099     WWW.SCOTT-SCOTT.COM
LONDON