UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, et al., Individually and on Behalf of All Others Similarly Situated,

                  Plaintiffs,

v.

S.A.C. CAPITAL ADVISORS, L.P., et al.,

                  Defendants.
------------------------------------x

No. 13 Civ. 2459 (VM) (KNF)
No. 12 Civ. 9350 (VM) (KNF)

ECF CASE

TO:    THE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Lead Plaintiffs City of Birmingham Retirement and Relief System ("Birmingham") and KBC Asset Management NV ("KBC") (collectively, "Wyeth Lead Plaintiffs") will, and hereby do, move the Court, before the Honorable Victor Marrero, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for Supplemental Order:

(1)    Revising the notice plan;

(2)    Increasing the amount allocated for claims administration and notice costs; and

(3)    Setting a new date for the final approval hearing.

Defendants have indicated that they do not oppose this Motion. This Motion is based upon the Lead Plaintiff's accompanying Memorandum of Law in support thereof and the Declaration of Max R. Schwartz. A proposed Supplemental Order is attached hereto as Exhibit A.

Dated:  April 26, 2016
        New York, New York

<div style="display: flex;">

<div>

MOTLEY RICE LLC

By: <u>/s/ *Gregg S. Levin*</u>
    Gregg S. Levin
    David P. Abel
28 Bridgeside Blvd.
Mount Pleasant, SC  29464
Tel:     (843) 216-9000
glevin@motleyrice.com
dabel@motleyrice.com

-and-

William H. Narwold
One Corporate Center
20 Church St., 17th Floor
Hartford, CT  06103
Tel:     (860) 882-1676
bnarwold@motleyrice.com

*Lead Counsel and Counsel for Wyeth Lead Plaintiffs Birmingham Retirement and Relief System and KBC Asset Management NV*

</div>

<div>

SCOTT + SCOTT,
    ATTORNEYS AT LAW, LLP

By: <u>/s/ *Max R. Schwartz*</u>
    Deborah Clark-Weintraub
    Max R. Schwartz
    Thomas L. Laughlin
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
Tel:     (212) 223-6444
dweintraub@scott-scott.com
mschwartz@scott-scott.com
tlaughlin@scott-scott.com

*Lead Counsel and Counsel for Wyeth Lead Plaintiffs Birmingham Retirement and Relief System and KBC Asset Management NV*

</div>

</div>

*- All Wyeth Lead Plaintiffs' counsel consent to the use of their electronic signatures. -*