

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
FILED: __9-14-16__

**DEBORAH CLARK-WEINTRAUB**

Writer's Direct Dial Number
(646) 571-0607

Writer's Direct Email Address
dweintraub@scott-scott.com

September 13, 2016

<u>VIA ECF</u>

Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 12B
New York, NY 10007-1312

*[Handwritten: The matter is adjourned to Friday, September 30, 2016, at 2:30pm. So ordered. 9/13/16  /s/ USDJ]*

Re: *Birmingham Retirement and Relief System v. S.A.C. Capital Advisors, L.L.C.*, No. 1:13-cv-02459-JGK-KNF (the "*Birmingham* Action")

Dear Judge Koeltl:

We are counsel for the Birmingham Plaintiffs in the above-captioned class action. The hearing for final approval of that Action has been noticed and scheduled for September 23, 2016 at 11:00 a.m. (Yesterday, we delivered to your chambers courtesy copies of the papers supporting final approval of the proposed settlement of that Action). Given that the *Birmingham* Action was recently transferred to you from Judge Marrero, we respectfully write to confirm that the final approval hearing will go forward, as scheduled, at that time.

We are available at the Court's convenience should Your Honor have any questions.

Very truly yours,
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP

*/s/ Deborah Clark-Weintraub*

Deborah Clark-Weintraub

Cc: All Attorneys of Record (via ECF)

NEW YORK
CONNECTICUT
CALIFORNIA
OHIO
LONDON

SCOTT+SCOTT ATTORNEYS AT LAW, LLP
THE HELMSLEY BUILDING
230 PARK AVENUE, 17th FLOOR
NEW YORK, NY 10169

212-223-6444 VOICE
212 223-6334 FAX
SCOTTLAW@SCOTT-SCOTT.COM
WWW.SCOTT-SCOTT.COM